UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

---

Dr. Thomas Orr,                          COURT FILE NO. 1:19-cv-01023-CBK

      Plaintiff,

v.

South Dakota Board of Regents;
Members of the South Dakota Board of
Regents (in their official capacities);
NSU President, Dr. Neal H. Schnoor (in
his official capacity); and Former NSU
Dean of Education, Dr. Kelly Duncan (in
her individual capacity),

      Defendants.

---

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANTS' OFFER OF JUDGMENT**

---

On June 27, 2023, Defendants made a Rule 68 Offer of Judgment to Plaintiff Dr. Thomas Orr in the amount of $100,000, inclusive of attorneys' fees and costs. Exhibit 1. Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Dr. Thomas Orr timely accepts–and provides notice that he has timely accepted–Defendants' Offer of Judgment in this matter.

*[Signature blocks on the following page.]*

Case 1:19-cv-01023-CBK   Document 102   Filed 07/11/23   Page 2 of 3 PageID #: 4381

Dated: 7/11/23

**JOHNSON POCHOP & BARTLING**
Stephanie E. Pochop (SD # 1379)
 stephanie@rosebudlaw.com
405 Main Street
Gregory, SD 57533
Telephone: (605) 835-8391
Facsimile: (605) 835-8742

**NICHOLS KASTER, PLLP**
James H. Kaster* (MN #53946)
 kaster@nka.com
4700 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
*Admitted *Pro Hac Vice*

**PREMO FRANK PLLC**
Matthew A. Frank* (MN #0395362)
 matt@premofrank.com
333 Washington Ave. N., Suite 300
Minneapolis, MN 55401
Telephone: (612) 445-7041
*Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Stephanie E. Pochop, hereby state and declare that on July 11, 2023, I caused to be served the following document(s):

1. PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

via email to the addresses below and by placing a copy of the same in the U.S. Mail in a postage paid envelope, properly addressed to:

Robert Anderson (rba@mayadam.net)
Justin Bell (jlb@mayadam.net)
Terra Larson (terra@mayadam.net)
503 South Pierre Street
P.O. Box 160
Pierre, SD 57501

Dated: 7/11/23

Stephanie E. Pochop