UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| Dr. Thomas Orr,<br><br>      Plaintiff,<br><br>vs.<br><br>South Dakota Board of Regents; Members of the South Dakota Board of Regents (in their individual capacities); NSU President, Dr. Neal H. Schnoor (in his individual capacity); and Former NSU Dean of Education, Dr. Kelly Duncan (in her individual capacity),<br><br>      Defendants. | 19-CV-1023<br><br>JUDGMENT |

On July 11, 2023, Plaintiff Dr. Thomas Orr filed a notice accepting Defendants' offer of judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure (Document 102). According, the Clerk enters judgment in favor of Plaintiff Dr. Thomas Orr and against Defendants South Dakota Board of Regents, Members of the South Dakota Board of Regents (in their individual capacities), NSU President, Dr. Neal H. Schnoor (in his individual capacity), and Former NSU Dean of Education, Dr. Kelly Duncan (in her individual capacity) in the amount of $100,000, inclusive of attorneys' fees and costs.

Dated July 25, 2023

*[signature]*
Matthew W. Thelen, Clerk
U.S. District Court
400 S. Phillips Avenue
Room 128
Sioux Falls, South Dakota 57104
Matt_Thelen@sdd.uscourts.gov