# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2321

Dr. Thomas Orr

Appellee

v.

Dr. Neal H. Schnoor, NSU President, in his official capacity, et al.

Dr. Kelly Duncan, Former NSU Dean of Education, in her individual capacity

Appellant

---

Appeal from U.S. District Court for the District of South Dakota - Northern
(1:19-cv-01023-CBK)

---

## MANDATE

In accordance with the judgment of July 25, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 28, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit