# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISON

| | |
|---|---|
| DR. THOMAS ORR,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH DAKOTA BOARD OF REGENTS; MEMBERS OF THE SOUTH DAKOTA BOARD OF REGENTS (in their official capacities); DR. NEAL H. SCHNOOR (in his official capacity); and FORMER NSU DEAN OF EDUCATION, DR. KELLY DUNCAN (in her individual capacity),<br><br>Defendants. | 1:19-cv-01023-CBK<br><br>**DEFENDANTS' MOTION TO RELEASE JUDGMENT** |

COMES NOW Defendants, South Dakota Board of Regents; Members of the South Dakota Board of Regents (in their official capacities); NSU President Dr. Neal H. Schnoor (in his official capacity); and Former NSU Dean of Education, Dr. Kelly Duncan (in her individual capacity) ("Defendants") by and through their undersigned attorneys, May, Adam, Gerdes & Thompson LLP, pursuant to Fed. R. Civ. P. 60(b)(5), moves for an order that the judgment entered in this case on July 25, 2023 has been satisfied, and is therefore released and discharged. This motion is supported by the analysis contained in the accompanying "Memorandum in Support of Defendant's Motion to Release Judgment."

WHEREFORE, Defendants respectfully pray that the Court enter an order that the Judgment declaring the Judgment has been satisfied and releasing and discharging the Judgment.

Dated this 12th day of March, 2024.

        MAY, ADAM, GERDES & THOMPSON LLP

BY: _____
ROBERT B. ANDERSON
JUSTIN L. BELL
TERRA M. LARSON
*Attorneys for Defendants*
503 South Pierre Street
P.O. Box 160
Pierre, South Dakota 57501-0160
Telephone: (605)224-8803
Telefax: (605)224-6289
E-mail: rba@mayadam.net
        jlb@mayadam.net
        tmf@mayadam.net